IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                            No. 2:25-cr-1430-MIS

LUIS JESUS ESCOBEDO-MOLINA,

    Defendant.

## SUPPLEMENTAL ORDER TO SHOW CAUSE

THIS MATTER is before the Court on a *sua sponte* review of the record. On June 13, 2025, the Court issued an Order to Show Cause directing the parties to address certain issues related to the Defendant's possible removal from the United States. ECF No. 14. The Government has since responded that "Defendant has been deported from the United States[,]" that "Defendant's current whereabouts are unknown[,]" and that "[n]o steps have been taken to ensure that Defendant may reenter the country to stand trial." ECF No. 15 at 1. In light of this update, the Court ORDERS as follows:

**The Government** shall advise the Court as to what steps it took to maintain Defendant's presence in the United States, such as communicating with ICE and/or other agencies to delay Defendant's removal in order to permit Defendant to stand trial. The Government shall include documentation related to any such efforts. The Court will presume that the Government took no action to secure Defendant's presence for trial unless the Government reports otherwise in its response to this Order.

**Counsel for the Defendant** shall advise the Court as to whether they were able to communicate with Defendant while Defendant was in ICE custody and whether they have been

1

able to locate and communicate with Defendant since Defendant's removal from the United States. Defense counsel shall include information about the circumstances surrounding any such attempts to speak with Defendant.

**Either Party** (or both), whoever has the information, shall advise the Court as to the dates that Defendant was taken into custody by ICE and deported; where geographically Defendant was held in ICE custody; and to which country Defendant has been deported.

The Government's brief in response to this Order is due **July 2, 2025**. If Defendant has not yet filed their response to the Court's first Order to Show Cause, ECF No. 14, the information requested herein shall be included in that response, and the combined response shall be due on the day originally designated in ECF No. 14. If Defendant has already filed their response to the Court's first Order to Show Cause, Defendant's response to this Order is also due **July 2, 2025**.

*Margaret Strickland*
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE