IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 25-CR-1430 MIS |
| vs. ) | |
| ) | |
| ) | |
| **LUIS JESUS ESCOBEDO-MOLINA**, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the order dismissing Counts 2 and 3 of the information with prejudice (Doc. 23), entered in this case on July 11, 2025.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically filed on 8/8/2025*
ELIZABETH TONKIN
Special Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2025, I filed the foregoing electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

/s/
ELIZABETH TONKIN
Special Assistant U.S. Attorney